No. 62787.—Hudson Shipping Co., Inc. v. United States, protest 58/1107 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.